## OGLETHORPE UNIVERSITY *v.* CITY OF ATLANTA.

HUTCHESON, Justice. This case, upon the pleadings and the evidence, is controlled by the former decision by this court. *City of Atlanta* v. *Oglethorpe University,* 178 *Ga.* 379 (173 S. E. 110). Under the principles there ruled, the judge did not err in directing the verdict for the defendant.   *Judgment affirmed. All the Justices concur.*

No. 10289.   JANUARY 21, 1935.

*Watkins & Watkins* and *Allan Watkins,* for plaintiff.
*J. L. Mayson, C. S. Winn,.* and *J. C. Savage,* for defendant.

RUSSELL, C. J., concurring specially. At the former appearance of this case the writer dissented, because he was of the opinion that under the ruling in *Linton* v. *Lucy Cobb Institute,* 117 *Ga.* 678 (45 S. E. 53), the function of Oglethorpe University in carrying on a branch of education by means of radio, from which no profit was derived, exempted it from taxation under the constitutional provisions upon that subject. However, I agree that the former decision between the same parties fixed the law of the case, and that the judgment in this case is absolutely controlled by the prior ruling of this court.